

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00755-CV

**IN THE INTEREST OF I.F.E.-G.** and R.J.E.-G., Children

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 21-06-0508-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating the parental rights of appellant B.G.[1] Because appellant is indigent, no costs of this appeal are assessed against appellant.

SIGNED June 7, 2023.

Luz Elena D. Chapa, Justice

---

[1] To protect the identity of the minor children, we refer to appellant and to the children by their initials. *See* TEX. FAM. CODE § 109.002(d); TEX. R. APP. P. 9.8.